# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA A. MCCARTHY <br><br> Plaintiff <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant | CIVIL ACTION <br><br> NO. 09-229 |

**ORDER**

AND NOW, this _____ day of _____, 2010, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's Reply Brief, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review is GRANTED; and

3. the matter is REMANDED consistent with the Report and Recommendation.

BY THE COURT:

NORMA L. SHAPIRO,
United States District Judge